AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WALMART INC.,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV623-040

JEAN KING, in her official capacity as Chief Judge of the Office of the Chief Administrative Hearing Office, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated March 25, 2024, judgment is hereby entered in favor of Plaintiff, Walmart Inc. Further, Defendants Jean King, James Mchenry, Merrick Garland, Tae Johnson and the United States of America are permanently enjoined from directly or indirectly continuing the Underlying ALJ Proceedings conducted by the DOJ's OCAHO to determine whether to impose civil penalties against Walmart for alleged violations of immigration-related record keeping requirements. This case stands closed



| 3/25/2024 | John E. Triplett |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/1/03